# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

CARSON DARNELL COMBS,

       Plaintiff,

   v.

DENNIS PEDERSON,

       Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-482-slc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendant.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

_____4/10/09_____
Date